IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JOHN B. WALKER | : |
| Debtor | :   Bankruptcy No. 23-10531-JCM |
| | :   Chapter 13 |
| PNC Bank, NA | : |
| Movant | : |
|   V. | :   Related Document No. |
| JOHN B. WALKER | :   Related to Claim No. 4 |
| Debtor | : |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing payment in the Chapter 13 Plan in the above captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount.

Date: DECEMBER 17, 2025,

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4258 West 12th Street
Erie, PA 16505
(814) 450 5161